IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 13, 2008

Charles R. Fulbruge III
Clerk

No. 06-51672

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KEVIN CARBE, also known as Kevin Nolan

Defendant - Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:04-CR-430-2

Before REAVLEY, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Judgment and Sentence of the district court dated December 12, 2006 is AFFIRMED.  See 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.